**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SLEP-TONE ENTERTAINMENT CORPORATION, | ) ) ) | Case Number: 1:13-cv-8526 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge James B. Zagel |
| AMERICA'S BAR & GRILL, LLC and RICHARD GARCIA, | ) ) ) | Magistrate Judge Maria Valdez |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:         Vivek Jayaram
                JAYARAM LAW GROUP, LTD.
                33 N. LaSalle Street, Suite 2900
                Chicago, Illinois 60602

PLEASE TAKE NOTICE that on Tuesday, May 6, 2014, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendants America's Bar & Grill, LLC and Richard Garcia shall appear before the Honorable James B. Zagel, or any judge sitting in his stead, in the courtroom usually occupied by him, Room 2503, in the United States District

1

Courthouse at 219 South Dearborn Street, Chicago, Illinois, and present a **MOTION TO DISMISS,** a copy of which is attached hereto.

                                                Respectfully submitted,

                                                AMERICA'S BAR & GRILL, LLC and
                                                RICHARD GARCIA

Date:   May 1, 2014                      By:    s/ Mark R. Bagley
                                                    Mark R. Bagley
                                                    TOLPIN & PARTNERS, PC
                                                    100 North LaSalle Street, Suite 510
                                                    Chicago, Illinois 60602
                                                    (312) 698-8971

                                                    Attorney for Defendants
                                                    AMERICA'S BAR & GRILL, LLC
                                                    and RICHARD GARCIA

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing **NOTICE OF MOTION** was served via the Northern District of Illinois electronic filing system to:

>Vivek Jayaram
>JAYARAM LAW GROUP, LTD.
>33 N. LaSalle Street, Suite 2900
>Chicago, Illinois 60602

on this 1st day of May, 2014.

                                                s/ Mark R. Bagley
                                                Mark R. Bagley