**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **Slep-Tone Entertainment Corporation,**<br>    Plaintiff,<br><br>v.<br><br>**America's Bar & Grill, LLC and<br>Richard Garcia,**<br>    Defendants. | Case No.: 13-cv-08526<br><br>Assigned Judge: James B. Zagel<br><br>Magistrate Judge: Maria Valdez |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and a settlement agreement between the parties, Slep-Tone Entertainment Corporation hereby dismisses, with prejudice, their Complaint against the defendants America's Bar & Grill, LLC and Richard Garcia.

Respectfully submitted this the 11th day of September 2014.

Respectfully Submitted,

/s/ Vivek Jayaram, Esq.

Vivek Jayaram, Esq.
Jayaram Law Group, Ltd.
33 N. LaSalle Street
Suite 2900
Chicago, IL 60602
vivek@jayaramlaw.com
Tel: 312.454.2859
Fax: 312.551.0322
Counsel for the Plaintiff

**CERTIFICATE OF SERVICE**

    The undersigned counsel certifies that on September 11, 2014, he served the foregoing motion by using the Court's CM/ECF electronic filing service, which will serve all attorneys of record:

Mark R. Bagley
TOLPIN & PARTNERS, PC
100 North LaSalle Street, Suite 510
Chicago, Illinois 60602
(312) 698-8971
Attorney for Defendants

 

/s/ Vivek Jayaram, Esq.
Vivek Jayaram, Esq.
Jayaram Law Group, Ltd.
33 N. LaSalle Street
Suite 2900
Chicago, IL 60602
vivek@jayaramlaw.com
Tel: 312.454.2859
Fax: 312.551.0322
Counsel for the Plaintiff